In the Matter of the Application of the EDISON ELECTRIC ILLUMINATING COMPANY of Brooklyn, Appellant, for a Peremptory Writ of Mandamus Against EDWARD M. GROUT, as Comptroller of the City of New York, et al., Respondents.

*Matter of Edison El. Ill. Co. of Brooklyn*, 72 App. Div. 632, affirmed.
(Argued June 10, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus requiring the defendants to accept an amount tendered by the relator for taxes upon its property for the year 1897.

*Frank Harvey Field* and *Edward M. Shepard* for appellant.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for respondents.

Order affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: O'BRIEN and CULLEN, JJ.